United States District Court
Northern District of New York

# JUDGMENT

SONY PICTURES HOME ENTERTAINMENT INC.; and COLUMBIA PICTURES INDUSTRIES, INC.
                            Plaintiffs'

           VS.                          5:06-CV-227 (FJS) (GJD)

JILL CHETNEY
                            Defendant

**[X]  Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the motion for default judgment against Jill Chetney is granted, plaintiffs' request for a statutory damages in the amount of $6,000.00 is granted.  Plaintiffs' request for an award of attorney's fees and costs is granted in the amount of $1,604.01.  Plaintiffs' request for a permanent injunction is granted .

All of the above pursuant to the Order of the Honorable  Judge Frederick J. Scullin, Jr., dated the 26th day of February, 2007.


**FEBRUARY 28, 2007**                              **LAWRENCE K. BAERMAN**

**DATE**                                               **CLERK OF COURT**

                                                       **s/**


                                                       **JOANNE BLESKOSKI**
                                                       **DEPUTY CLERK**